# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | | |
|---|---|---|
| Bobby Willingham | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    2:10-CV-3244-RMG-RSC |
| Commissioner of Social Security Administration | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered to *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____.

■  other: Reverse and Remand the decision pursuant to sentence four of 42 U.S.c. § 405(g) to the

Commissioner to make appropriate findings regarding the evidence produced for the first time to the Appeals

Council, including the weight afforded that evidence, and to take further action consistent with this Order.


This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge.


Date:   December 15, 2010

*CLERK OF COURT* Larry W. Propes

s/Chondra S. White

*Signature of Clerk or Deputy Clerk*